9556. BALDWIN STATE BANK *v.* NATIONAL BANK OF ATHENS.

BLOODWORTH, J. Applying to the facts on the last trial of this case the rulings of the Supreme Court when the case was before that tribunal (144 *Ga.* 181), the trial judge did not err in directing a verdict for the plaintiff.

　　　　*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
　　　　　　　DECIDED OCTOBER 22, 1918.

Complaint; from Banks superior court—Judge Cobb. February 2, 1918.

*J. J. & Sam Kimzey,* for plaintiff in error.

*W. M. Smith, T. S. Mell,* contra.